UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMER ATTORNEY MARKETING SERVICE,<br><br>　　　　Defendant. | Case No. 2:20-cv-02553-WBS-JDP (PC)<br><br>ORDER DISCHARGING THE JULY 22, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 23 |

Considering that plaintiff has filed an amended complaint, ECF No. 25, the court discharges its July 22, 2021 order to show cause, ECF No. 23. The court will screen plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated: __August 19, 2021__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE